(August 28, 2002)

■ In the Matter of Louis Boschetti et al., Appellants, v Frank M. MacKay et al., Respondents, et al., Respondents. [746 NYS2d 616]

It is undisputed that the last day to commence this proceeding was August 8, 2002 (see Election Law § 16-102 [2]). Since the order to show cause was not filed until after the expiration of the statute of limitations, the petitioners failed to comply with the requirements of CPLR 203 (c) (1). Therefore, the petition was properly dismissed as untimely (see CPLR 203 [c] [1]; 105 [b]; 403 [d]). Smith, J.P., Goldstein, Friedmann, Mastro and Rivera, JJ., concur